UNITED STATES DISTRICT COURT
NORTHERN DISTIRCT OF NEW YORK

| | |
|---|---|
| VAN CLARADY<br><br>Plaintiff<br><br>vs.<br><br>MAIN STREET ACQ. CORP.<br><br>&<br>GREEN & COOPER, LLP<br>&<br><br>STONELEIGH RECOVERY<br>ASSOCIATES, LLC<br>Defendants | Case Number: 12-0103 |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Van Clarady, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above with prejudice.

BY: /s/ Bruce K. Warren
Bruce K. Warren, Esquire
Attorney for Plaintiff
Warren Law Group, P.C.
57 Cooper Street
Woodbury, NJ 08096
856-848-4572

SO ORDERED:

_Gary L. Sharpe_
Chief Judge, US District Court NDNY
Date: March 15, 2012